**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01797-LTB-MEH

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Plaintiff,

v.

DELBERT SHERBONDY and
CHRISTINA SHERBONDY,
and any and all other Occupants claiming an interest under the defendants,

      Defendants.
_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on August 11, 2011 (Doc 10).  Plaintiff filed a Motion for Clarification (Doc 11 - filed August 18, 2011) which will be construed as an objection to the recommendation.  I therefore will consider the recommendation *de novo* in light of the file and record in this case.  On *de novo* review, I conclude that the Magistrate Judge's recommendation is correct.  Accordingly, it is

      ORDERED that the recommendation is accepted and this action is REMANDED to the Lake County, County Court, Colorado.

      IT IS FURTHER ORDERED that Defendants' Motion to Vacate Judgment (Doc 3) is DENIED AS MOOT.

                                    BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 31, 2011