IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-01797-LTB-MEH

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

DELBERT SHERBONDY and
CHRISTINA SHERBONDY,
and any and all other Occupants claiming an interest under the defendants,

    Defendants.

___

**ORDER**
___

Upon Defendants' Second Motion for Clarification, and upon review of the file, it is

ORDERED that the Motion is DENIED.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: September 13, 2011